# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-3562

_____

John L. Henss, Inc.,             *
                                   *

       Appellant,        *
                                   *

    v.                     *  Appeal from the United States
                                 *  District Court for the
G. Dean Garland; Richard W.     *  Southern District of Iowa.
Kemler; Robert B. Hanson; Fred  *
E. Beaver; Hansen, Bjork and    *      **[UNPUBLISHED]**
Russell, LLP,                *
                                 *

       Appellees.        *

_____

Submitted:  April 30, 1997

Filed:  May 14, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

John L. Henss, Inc. appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of its slander-of-title action. Having carefully reviewed the record and the parties' submissions, we find no error in the district court's dismissal of this action. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE CHARLES R. WOLLE, Chief Judge, United States District Court for the Southern District of Iowa.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.